UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:13CV-00030-JHM

**PEERLESS INDEMNITY INSURANCE COMPANY**      **PLAINTIFF/ COUNTERCLAIM DEFENDANT**

**VS.**

**STMCA LLC**      **DEFENDANT/ COUNTER CLAIMANT**

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the pleading, including answer and counterclaim, filed by Defendant Michael Barrick (DN 8) is **STRICKEN** from the docket.

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 13, 2013

Copies:    Counsel of Record
              Michael Barrick